FILED
U.S. DISTRICT COURT

2009 APR 30 P 2: 21

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNIVERISTY OF UTAH,<br>UNIVERSITY HEALTHCARE<br>Plaintiff,<br>v.<br><br>CABINETEC, INC, a Nevada Corporation,<br>CABINETEC HEALTH AND DENTAL PLAN,<br>an ERISA governed health plan, AND GREAT-<br>WEST LIFE AND ANNUITY INSURANCE<br>COMPANY, a Colorado Corporation<br><br>Defendants. | **ORDER GRANTING**<br>**STIPULATION TO AMEND**<br>**PLAINTIFF'S COMPLAINT**<br><br>Civil No: 2:09-cv-37<br><br>Judge: Clark Waddoups |

The Court having considered the stipulation to Amend, hereby orders that the plaintiff's complaint may be amended as described in the accompanying stipulation.

Dated this 30th day of April, 2009.

_____
CLARK WADDOUPS
U.S. District Judge

Approved as to form:

By: /s/ Julie Ewing
JULIE EWING
Attorney for the Plaintiff

By: /s/ Lewis R. Reece
LEWIS R. REECE
Attorney for the Defendant
*(Signed by Filing Attorney with Permission of Lewis R. Reece)*