Bryan K. Benard, 9023
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Telephone (801) 799-5800
Facsimile (801) 799-5700

*Attorneys for Defendant, Cross-Complainant
and Third-Party Plaintiff
Great-West Life and Annuity Ins. Co.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNIVERSITY OF UTAH, UNIVERSITY HEALTHCARE,<br><br>Plaintiff,<br><br>v.<br><br>CABINETEC, INC., a Nevada Corporation, CABINETEC HEALTH AND DENTAL PLAN, an ERISA governed health plan, and GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, a Colorado corporation<br><br>Defendants.<br><br>GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, a Colorado corporation,<br><br>Cross-Complainant and Third Party Plaintiff,<br><br>v.<br><br>CABINETEC, INC., a Nevada Corporation, | NOTICE OF ENTRY OF APPEARANCE<br><br>Civil No. 2:09-cv-37<br><br>Judge: Clark Waddoups |

| | |
|---|---|
| and CABINETEC HEALTH AND DENTAL PLAN, an ERISA governed health plan, | ) ) ) ) |
| Cross-Complaint Defendants, | ) ) |
| and | ) ) |
| UNITED RESOURCE NETWORKS, a Delaware corporation, and OPTUMHEALTH, INC., a Delaware corporation, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) |

Bryan K. Benard, and the law firm of Holland & Hart LLP, hereby enter their appearance pursuant to DUCivR 83-1.3(a) as counsel of record for Defendant, Cross-Complainant, and Third-Party Plaintiff Great-West Life and Annuity Insurance Company. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of all papers, pleading and other material relevant to the above-captioned case should be directed to and serve upon:

> BRYAN K. BENARD
> HOLLAND & HART LLP
> 60 E. South Temple, Suite 2000
> Salt Lake City, Utah 84111-1031
> bbenard@hollandhart.com

Dated: July 22, 2009     HOLLAND & HART LLP


/S/ Bryan K. Benard_____
Bryan K. Benard
Attorneys for Defendant, Cross-Complainant and
Third-Party Plaintiff
Great-West Life and Annuity
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on 7/22/2009, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Julie K. Ewing
julieewing@utah.gov

Brent C. McDonald
bmcdonald@snowjensen.com,brentm77@gmail.com

Lewis P. Reece
lreece@snowjensen.com,bsevernak@snowjensen.com

s/ Bryan K. Benard
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Phone: (801) 595-7833
Fax: (801) 364-9124
bbenard@hollandhart.com

**ATTORNEYS FOR DEFENDANT, CROSS-COMPLAINANT AND THIRD-PARTY PLAINTIFF**

4574279_1.DOC