SCOTT A. HAGEN (4840)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
   Telephone:  (801) 532-1500

*Attorneys for Third-Party Defendants*
*United Resource Networks and OptumHealth, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH, UNIVERSITY HEALTHCARE,<br><br>        Plaintiff,<br><br>v.<br><br>CABINETEC, INC., a Nevada Corporation, CABINETEC HEALTH AND DENTAL PLAN, an ERISA governed health plan, and GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, a Colorado corporation,<br><br>        Defendants.<br><br>GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, a Colorado corporation,<br><br>        Cross-Complainant and<br>        Third-Party Plaintiff,<br>v. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Civil No.  2:09-cv-37<br><br><br>Judge Clark Waddoups |

| | |
|---|---|
| CABINETEC, INC., a Nevada Corporation, and CABINETEC HEALTH AND DENTAL PLAN, an ERISA governed health plan,<br><br>    Cross-Complaint Defendants,<br><br>and<br><br>UNITED RESOURCE NETWORKS, a Delaware corporation, and OPTUMHEALTH, INC., a Delaware corporation,<br><br>    Third-Party Defendants. | |

Please take notice that Scott A. Hagen of the firm of Ray Quinney & Nebeker, P.C. hereby enters his appearance as counsel for Third-Party Defendants United Resource Networks and OptumHealth, Inc., in the above-captioned action.

DATED this 18 day of August, 2009.

                                              RAY QUINNEY & NEBEKER P.C.

                                              /s/ Scott A. Hagen
                                              Scott A. Hagen

                                              *Attorneys for Third-Party Defendants United*
                                                  *Resource Networks and OptumHealth, Inc.*

1047757