# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH, UNIVERSITY HEALTHCARE, ) | |
| ) | **ORDER** |
| Plaintiff, ) | Civil No. 2:09-cv-37 |
| ) | |
| v. ) | Judge: Clark Waddoups |
| ) | |
| CABINETEC, INC., a Nevada Corporation, ) CABINETEC HEALTH AND DENTAL PLAN, ) an ERISA governed health plan, and GREAT- ) WEST LIFE AND ANNUITY INSURANCE ) COMPANY, a Colorado corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| GREAT-WEST LIFE AND ANNUITY ) INSURANCE COMPANY, a Colorado ) corporation, ) | |
| ) | |
| Cross-Complainant and ) Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CABINETEC, INC., a Nevada Corporation, and ) CABINETEC HEALTH AND DENTAL PLAN, ) an ERISA governed health plan, ) | |
| ) | |
| Cross-Complaint Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED RESOURCE NETWORKS, a ) Delaware corporation, and OPTUMHEALTH, ) INC., a Delaware corporation, ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

Based upon the Parties' Stipulation, Third-Party Defendants United Resource Networks and OptumHealth, Inc. have until August 31, 2009 to answer or otherwise respond to Defendant, Cross-Complainant, and Third-Party Plaintiff Great-West Life and Annuity Insurance Company's Third-Party Complaint.

Dated: _____August 24_____, 2009.

BY THE COURT:

_Brooke C. Wells_

~~Hon. Clark Waddoups~~          Brooke C. Wells
~~United States District Court Judge~~
United States Federal Magistrate

1047746