Bryan K. Benard, 9023
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Telephone (801) 799-5800
Facsimile (801) 799-5700

*Attorneys for Defendant, Cross-Complainant
and Third-Party Plaintiff
Great-West Life and Annuity Ins. Co.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNIVERSITY OF UTAH, UNIVERSITY HEALTHCARE, | MOTION TO DISMISS CROSS-CLAIM OF CABINETEC, INC. OR ALTERNATIVELY FOR SUMMARY JUDGMENT BY GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY |
| Plaintiff, | |
| v. | Civil No. 2:09-cv-37 |
| CABINETEC, INC., a Nevada Corporation, CABINETEC HEALTH AND DENTAL PLAN, an ERISA governed health plan, and GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, a Colorado corporation | Judge: Clark Waddoups |
| Defendants. | |
| GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, a Colorado corporation, | |
| Cross-Complainant and Third Party Plaintiff, | |
| v. | |
| CABINETEC, INC., a Nevada Corporation, | |

| | |
|---|---|
| and CABINETEC HEALTH AND DENTAL PLAN, an ERISA governed health plan, | ) ) ) ) |
| Cross-Complaint Defendants, | ) ) |
| and | ) ) |
| UNITED RESOURCE NETWORKS, a Delaware corporation, and OPTUMHEALTH, INC., a Delaware corporation, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) |

Defendant, Cross-Complainant and Third-Party Plaintiff Great-West Life and Annuity Insurance Company ("Great-West"), through its counsel of record, Holland & Hart LLP, and pursuant to Rule 12(b)(6) or alternatively, Rule 56, of the Federal Rules of Civil Procedure, hereby respectfully moves the Court to dismiss the Cross Claim Against Great-West, filed August 11, 2009, by Defendants, Cross-Complaint Defendants, and Cross-Claimants CabineTec, Inc. and CabineTec Health and Dental Plan (collectively "CabineTec"), or alternatively, to grant summary judgment in favor of Great-West and against CabineTec.

The Motion is made on the grounds that CabineTec has failed to state a claim for which relief can be granted as against Great-West or alternatively, that as a matter of law CabineTec cannot establish the required elements of its claims against Great-West. Specifically, CabineTec's claims are preempted by the Employee Retirement Income Security Act ("ERISA"). In addition, the doctrine of res judicata bars all three claims due to Great-West's prior Nevada action against CabineTec. That dispute involved the same parties, the present

claims asserted by CabineTec were compulsory counterclaims and could have been raised in the Nevada action, and CabineTec confessed judgment and admitted its failure to pay premiums as alleged in the Nevada claim by Great-West.  Finally, the motion is proper because the actual contractual provisions between the parties demonstrate that each of CabineTec's claims fail as a matter of law, for the simple reason that the allegations of wrongdoing by CabineTec are fatally undermined by the terms of the parties agreement.  Consequently, for these reasons, the Court should dismiss CabineTec's Cross-Claim with prejudice, or alternatively, grant summary judgment to Great-West on each claim.

The motion is supported by the accompanying memorandum in support hereof, the pleadings and exhibits on file in this action, the Affidavit of Dianna L. Sweet, the documents and exhibits before the Court, and on such other evidence as may be submitted to the Court.

Dated:  September 11, 2009    HOLLAND & HART LLP


/S/ Bryan K. Benard _____
Bryan K. Benard
Attorneys for Defendant, Cross-Complainant and
Third-Party Plaintiff Great-West Life and
Annuity Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on 9/11/2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Julie K. Ewing
julieewing@utah.gov

Brent C. McDonald
bmcdonald@snowjensen.com,brentm77@gmail.com

Lewis P. Reece
lreece@snowjensen.com,bsevernak@snowjensen.com

Scott A. Hagen
shagen@rqn.com,dvandenakker@rqn.com,docket@rqn.com

s/ Bryan K. Benard
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Phone: (801) 595-7833
Fax: (801) 364-9124
bbenard@hollandhart.com

**ATTORNEYS FOR DEFENDANT, CROSS-COMPLAINANT AND THIRD-PARTY PLAINTIFF**

4611247_1.DOC